

Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**CHIPPER ANDREWS**<br>**TAWNIA M. ANDREWS**<br>SSN: XXX-XX-4043<br>SSN: XXX-XX-8256<br>Debtor(s). | Bankruptcy No. 01-24841 RKM |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on February 23, 2011, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1009 in the amount of $1,780.60 was sent to FCNB Preferred Charge (Spiegel, Inc) at the address on file with the Court. The check was returned via U.S. Mail for insufficient address. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on March 8, 2011.

DATED March 8, 2011

/s/ Elizabeth Rose Loveridge
Chapter 7 Trustee

T:\UnclaimedFunds.3.8.2011



1

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

>   Office of the United States Trustee
>   Attn: Rayla Meyer
>   Ken Garff Building
>   405 South Main Street
>   Suite 300
>   Salt Lake City, UT  84111

>   Chipper Andrews & Tawnia M. Andrews
>   3654 West Cub Drive
>   Taylorsville, UT 84118

>   Timothy W. Stewart
>   Smart Schofield Shorter & Lunceford
>   5295 South Commerce Drive
>   Suite 200
>   Murray, UT 84107

*/s/ [signature]*