FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 19 PM 2 37



Elizabeth Rose Loveridge #6025 DISTRICT OF UTAH
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**CHIPPER ANDREWS**<br>**TAWNIA M. ANDREWS**<br>SSN:   XXX-XX-4043<br>SSN:   XXX-XX-8256<br>Debtor(s). | Bankruptcy No. 01-24841 RKM |

## DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned

bankruptcy estate represents to the Court that on February 23, 2011, the following check was

sent to the corresponding creditor to the address on file with the Court: check no. 1013 in the

amount of $7,133.74 was sent to ECast Settlement Corporation, Successor to Bank of America

NA USA, successor to Fleet Bank (RI) NA, ("ECast") at the address on file with the Court. On

April 11, 2011, the Trustee received a check from ECast in the amount of $7,133.75 representing

said funds along with correspondence that indicated that ECast no longer supports the account.

Therefore, the Trustee is depositing said funds as unclaimed with the U.S. Bankruptcy Court for

the District of Utah on April 11, 2011.

DATED April 11, 2011

Elizabeth Rose Loveridge
Chapter 7 Trustee

T:\AndrewsUnclaimedFunds.4.11.2011

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2011, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT  84111
>
> Chipper Andrews & Tawnia M. Andrews
> 3654 West Cub Drive
> Taylorsville, UT 84118
>
> Timothy W. Stewart
> Smart Schofield Shorter & Lunceford
> 5295 South Commerce Drive
> Suite 200
> Murray, UT 84107

T:\AndrewsUnclaimedFunds.4.11.2011



Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>**CHIPPER ANDREWS**<br>**TAWNIA M. ANDREWS**<br>SSN:  XXX-XX-4043<br>SSN:  XXX-XX-8256<br>Debtor(s). | Bankruptcy No. 01-24841 RKM |

## DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned

bankruptcy estate represents to the Court that on February 23, 2011, the following check was

sent to the corresponding creditor to the address on file with the Court: check no. 1013 in the

amount of $7,133.74 was sent to ECast Settlement Corporation, Successor to Bank of America

NA USA, successor to Fleet Bank (RI) NA, ("ECast") at the address on file with the Court.  On

April 11, 2011, the Trustee received a check from ECast in the amount of $7,133.75 representing

said funds along with correspondence that indicated that ECast no longer supports the account.

Therefore, the Trustee is depositing said funds as unclaimed with the U.S. Bankruptcy Court for

the District of Utah on April 11, 2011.

DATED April 11, 2011

Elizabeth Rose Loveridge
Chapter 7 Trustee

T\AndrewsUnclaimedFunds.4.11.2011

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2011, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT  84111

Chipper Andrews & Tawnia M. Andrews
3654 West Cub Drive
Taylorsville, UT 84118

Timothy W. Stewart
Smart Schofield Shorter & Lunceford
5295 South Commerce Drive
Suite 200
Murray, UT 84107

T\AndrewsUnclaimedFunds.4.11.2011

2